IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERICKA HOLMES,<br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>*Defendant*. | §<br>§<br>§<br>§  CIVIL ACTION NO. 1:24-CV-1135<br>§<br>§<br>§ |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, The University of Texas at Austin[1] ("UTA" or "Defendant"), files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, to remove this action filed in the 201st Judicial District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division. In support of this removal, UTA respectfully shows the following:

### I.   GROUNDS FOR REMOVAL

Plaintiff was employed at UTA as a Licensed Vocational Nurse for many years until she began taking actions that violated UTA's policies. After being placed on investigative leave, UTA dismissed Plaintiff in May 2023. Plaintiff's Original Petition ("Pet.") at 18-19.

Plaintiff filed suit in the 201st Judicial District Court of Travis County, Texas, on August 26, 2024, bringing race discrimination and retaliation claims under Title VII and Chapter 21 of the Texas Labor Code ("Chapter 21"), age discrimination under the Age Discrimination in Employment Act of 1967 ("ADEA") and under Chapter 21, hostile work environment under Title VII and Chapter 21, wrongful termination under Texas law, and due process.

---

1. Plaintiff refers to Defendant as "University of Texas at Austin"; however, Defendant's legal name is The University of Texas at Austin.

## II. TIMELINESS OF REMOVAL

UTA was served on August 26, 2024. UTA files this notice of removal within the 30-day time required by 28 U.S.C. § 1446(b)(1). *See Bd. of Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007). Therefore, this removal is timely. UTA filed its Original Answer and Affirmative Defenses in state court on September 13, 2024.

## III. VENUE

Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace the place where the removed state court action has been pending. Specifically, the 201st Judicial District Court of Travis County, Texas, is geographically located within the Austin Division of the United States District Court for the Western District of Texas.

## IV. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

Defendant is filing concurrently with this notice, as required by 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings in the state court action. Under § 1446(a), as UTA requests removal of a civil action from state court to federal court, UTA attaches "a copy of all process, pleadings, and orders served upon such defendant" in the state action. *See* Exhibit A (Index of State Court Documents with pleadings and filings). UTA will promptly file a notice of this removal with the clerk of the state court where the suit has been pending pursuant to 28 U.S.C. § 1446(d). Plaintiff has not made a jury demand within her original petition.

In the event this Court subsequently identifies a defect in this Notice of Removal, UTA respectfully requests this Court to grant leave to amend this Notice of Removal to cure any such defect. *See, e.g.*, *Acosta v. Drury Inns, Inc.*, 400 F. Supp. 2d 916, 922 (W.D. Tex. 2005) ("Defects in the form or content of the removal papers are usually not jurisdictional and may be cured by amendment after removal . . . ."); *Lafayette City-Parish Consol. Gov't v. Chain Elec. Co.*, No. 11-

1247, 2011 WL 4499589, at *7 (W.D. La. Sept. 23, 2011); *UICI v. Gray*, No. Civ. A. 3:01CV0921L, 2002 WL 356753, at *2 (N.D. Tex. Mar. 1, 2002).

By filing this Notice of Removal, UTA does not waive any legal defenses or objections to Plaintiff's Original Petition but expressly reserves its right to raise any and all legal defenses or objections in subsequent pleadings in this Court.

This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11, as required under 28 U.S.C. § 1446(a).

## V.   CONCLUSION

Defendant prays that this cause be removed to the United States District Court for the Western District of Texas, Austin Division.

September 24, 2024

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

/s/ *Kirstin M. Erickson*
**KIRSTIN M. ERICKSON**
Texas Bar No. 24134194
Assistant Attorney General
kirstin.erickson@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120 Fax (512) 320-0667

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of the Court and served upon all counsel of record using the CM/ECF system of the Western District of Texas.

*/s/ Kirstin M. Erickson*
**KIRSTIN M. ERICKSON**
Assistant Attorney General