IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERICKA HOLMES,<br>    *Plaintiff*, | § <br> § <br> § |
| v. | §   CIVIL ACTION NO. 1:24-CV-01135 <br> § |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    *Defendant*. | § <br> § <br> § |

### INDEX OF DOCUMENTS FILED IN STATE COURT

1.                 State District Court Docket Sheet

2.   08/26/2024   Plaintiff's Original Petition

3.   08/26/2024   Letter Requesting Citation - University of Austin at Texas

4.   08/26/2024   Citation Issued University of Texas at Austin

5.   08/26/2024   Executed Citation - University of Texas at Austin

6.   09/13/2024   Defendant's General Denial, Original Answer, and Affirmative Defenses