## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| ERICKA HOLMES,<br>    *Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>    *Defendant*. | §<br>§<br>§<br>§   CIVIL ACTION NO. 1:24-CV-01135<br>§<br>§<br>§ |

## LIST OF COUNSEL OF RECORD

***Attorneys for Plaintiff:***
*Ericka Holmes*

Robert Notzon,
Law Office of Robert S. Notzon
1502 West Avenue
Austin, Texas 78701
512-474-7563
robert@notzonlaw.com

Nickolas A. Spencer
Spencer & Associates, PLLC
808 Tavis Street, Suite 100
Houston, TX 77002
713-863-1409
nas@naslegal.com

Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
512-322-9992
gbledsoe@thebledsoelawfirm.com

***Attorney for Defendant:***
*The University of Texas at Austin*

Kirstin M. Erickson
Texas Bar No. 24134194
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120 Fax (512) 320-0667
kirstin.erickson@oag.texas.gov

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Kirstin M. Erickson*
**KIRSTIN M. ERICKSON**
Texas Bar No. 24134194
Assistant Attorney General
kirstin.erickson@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120 Fax (512) 320-0667

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of the Court and served upon all counsel of record using the CM/ECF system of the Western District of Texas.

*/s/ Kirstin M. Erickson*
**KIRSTIN M. ERICKSON**
Assistant Attorney General